IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CT-3255-FL

| | | |
|---|---|---|
| ALTON A. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

On September 30, 2015, plaintiff, a state inmate, filed a pleading captioned "Pro-se Motion letter of Complaint Retrial on Returning on MAPP Program" (DE 1). The clerk of court construed plaintiff's filing as a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On October 1, 2015, Magistrate Judge Robert B. Jones, Jr. issued an order notifying plaintiff that he did not comply with Local Rules of Practice and Procedure because his complaint was not filed on the proper form and because he did not pay the filing fee or file an application to proceed without prepayment of fees. The magistrate judge directed plaintiff to correct the noted deficiencies within 21 days and notified plaintiff that failure to do so may result in the dismissal of this action without prejudice.

Plaintiff timely responded to the magistrate judge's October 1, 2015, order stating, "I'm (Not) in a civil suit matter. This matter is only on concerns of appealing the DCDPS-Mapp Program the Asst-Board Director or Director Decision." (Pl.'s Resp. p. 1.) Plaintiff did not otherwise correct the noted deficiencies. Because plaintiff did not correct the noted deficiencies within the time period provided by the magistrate judge, plaintiff's § 1983 action is DISMISSED without prejudice. To the extent plaintiff seeks to pursue an alternative form of relief, the clerk of court is DIRECTED to

send plaintiff the forms necessary to file a petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241. The clerk is DIRECTED to close this case.

SO ORDERED, this the 12th day of November, 2015.

LOUISE W. FLANAGAN
United States District Judge